FILED
CLERK, U.S. DISTRICT COURT
FEB 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES ROSSUM,<br><br>  Petitioner,<br><br>  v.<br><br>V. ALMAGER,<br><br>  Respondent. | No. CV 07-06109-JVS (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 2-8-08

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE